**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PF TECHNOLOGIES,

Plaintiff,

v.

BERMO, INC.

Defendant.

Civil No. 01-849 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: June 13, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PF Technologies

vs. 01-849ADM/AJB

Bermo, Inc.

The above-entitled matter has been re-assigned to Judge Ann D. Montgomery and referred to Magistrate Judge Arthur J. Boylan pursuant to an Order of Recusal by Judge Tunheim. Please note, above, the changes in judges' initials and refer to these initials when filing pleadings with the court. The file number itself remains the same.